Case: 2:25-cv-01457-ALM-MRM Doc #: 16 Filed: 05/01/26 Page: 1 of 1  PAGEID #: 496

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

JEREMY PURPURA,

                    Petitioner,    :       Case No. 2:25-cv-01457

    - vs -                        District Judge Algenon L. Marbley
                                        Magistrate Judge Michael R. Merz

SHELBIE SMITH, WARDEN,
  Belmont Correctional Institution,

                                   :
               Respondent.

## ORDER

This habeas corpus case is before the Court on Petitioner's "Motion of Request of Docket" (ECF No. 15). The Motion is GRANTED and the Court confirms that Petitioner's Reply has been received and docketed. With that filing, the case is ripe for decision. The undersigned will prepare and file a report and recommendations for District Judge Marbley as soon as is feasible.

May 1, 2026.

                                      s/ *Michael R. Merz*
                                  United States Magistrate Judge